# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1052

_____

|  |  |  |
|---|---|---|
| Friends of Weiner School District, | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | |
| Department of Agriculture, | * | |
| Involuntary/Third-Party Plaintiff; | * | |
| Weiner School District, | * | |
| Involuntary/Third-Party Plaintiff, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| State of Arkansas; Arkansas | * | Eastern District of Arkansas. |
| Department of Emergency | * | |
| Management; David Maxwell, in his | * | [UNPUBLISHED] |
| official capacity; Arkansas State Board | * | |
| of Education; Naccaman Williams, Dr., | * | |
| in his official capacity; Ben Mays, Dr., | * | |
| in his official capacity; Sherry Burrow, | * | |
| in her official capacity; Jim Cooper, in | * | |
| his official capacity; Brenda Gullet, in | * | |
| her official capacity; Samuel Ledbetter, | * | |
| in his official capacity; Alice Williams | * | |
| Mahony, in her official capacity; | * | |
| Toyce Newton, in her official capacity; | * | |
| Vickie Saviers, in her official capacity; | * | |
| Arkansas Department of Education; | * | |
| Harrisburg School District; | * | |
| | * | |

Mike Beebe, Governor, in his      *
official capacity,      *
     *
        Defendants - Appellees.      *
     *

_____

Submitted:  November 14, 2011
Filed:  December 15, 2011

_____

Before SMITH, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Friends of Weiner School District, a non-profit citizens group, appeals from an order of the District Court[1] dismissing their Commerce Clause action that alleged violations of federal and state law by Appellees in connection with the administrative consolidation of the Weiner School District with the Harrisburg School District in Poinsett County, Arkansas.  Upon careful de novo review, see LeMay v. U.S. Postal Service, 450 F.3d 797, 799 (8th Cir. 2006), we conclude that dismissal was proper for the reasons stated by the District Court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.